DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 13 |
|---|---|
| ROBERT DARRELL and EILEEN REGINA CARDER<br>140 CARMEL AVENUE<br>PACIFICA, CA 94044<br><br>Debtor(s) | Case No:  19-30413 HLB<br>Date:      August 21, 2019<br>Time:      11:10 AM<br>Ctrm:      450 GOLDEN GATE AVENUE<br>           16th FLOOR - COURTROOM #19<br>           SAN FRANCISCO, CA 94102- |

## MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 04/16/2019.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.
11 U.S.C. § 1307(c)(4) as Debtor(s) failed to make timely payments to the Trustee.  As of the date of this motion, $1,056.00 is in default under the Chapter 13 Plan.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.  You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:   July 23, 2019                                          DAVID BURCHARD_____
                                                                DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ROBERT DARRELL and EILEEN REGINA
CARDER
140 CARMEL AVENUE
PACIFICA, CA 94044

Debtor(s)

Chapter 13
Case No:  19-30413 HLB
Date:     August 21, 2019
Time:     11:10 AM
Ctrm:     450 GOLDEN GATE AVENUE
          16th FLOOR - COURTROOM #19
          SAN FRANCISCO, CA 94102-

DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE,
DAVID BURCHARD'S, MOTION TO DISMISS CASE
PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 04/16/2019.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

| | |
|---|---|
| __X__ | Failure to make required payments to the Trustee. $1,056.00 is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| __X__ | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 23, 2019 in Foster City, California.

Dated:  July 23, 2019

DAVID BURCHARD
_____
DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    ROBERT DARRELL and EILEEN REGINA CARDER
    140 CARMEL AVENUE
    PACIFICA, CA 94044

The following recipients have been served via Court's Notice of Electronic Filing:

    WILLIAM F MCLAUGHLIN
    mcl551@aol.com

Dated:    July 23, 2019                               ROSA GARCIA
                                                         ROSA GARCIA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>　ROBERT DARRELL and EILEEN REGINA<br>　CARDER<br>　140 CARMEL AVENUE<br>　PACIFICA, CA 94044<br><br><br>　　　　　　　　　Debtor(s) | Case No.: 19-30413 HLB<br>Chapter 13<br><br>**ATTACHMENT "A"** |

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1. The debtor's plan was filed after the Voluntary Petition was filed and has not been served on all creditors. Trustee requested the plan be served on all creditors with 28 days' notice, and a certificate of service evidencing service of the plan be filed with the Court. The debtor has failed to file a certificate of service evidencing service of the plan.

2. Section 2.02 of the debtor's plan provides for submission of a lump-sum payment; however, the debtor has not provided where the estimated proceeds of $300,000.00 are to come from. Trustee requested an amended plan which provides for where the estimated proceeds of $300,000.00 are to come from. The debtor has failed to file an amended plan.

3. Schedule D lists a debt to the Internal Revenue Service, which has been omitted from the debtor's plan. Trustee requested an amended plan that provides accurate treatment of all of the debtor's secured debts. The debtor has failed to file an amended plan.

4. Per Section 3.07 of the debtor's plan, this is a conduit plan; however, the debtor has not provided the required Class 1 Checklist (Form NDC 1-3) and the Authorization to Release Information to Trustee Regarding Secured Claims Being Paid by the Trustee (Form NDC 1-4). Trustee requested these forms be provided within 14 days of the filing of the petition. The debtor has failed to provide these documents.

5. Section 3.12 of the debtors' plan reflects $0.00 in priority claims to be paid through the plan; however Schedule E/F reflects $6,788.00. Trustee requested amended documents which resolve this discrepancy. The debtor has failed to amend the necessary documents.

6. Section 3.14 of the debtor's plan reflects no general unsecured claims; however, per Schedule E/F $1,471.00 is owed to general unsecured creditors. Trustee requested amended documents which resolve this discrepancy. The debtor has failed to amend the necessary documents.

7. Section 3.14 of the debtor's plan is not clear as to whether it is a 100% "pot" or "percent" plan." Trustee requested an amended plan which identifies whether it is a "percent plan" or a "pot plan." The debtor has failed to file an amended plan.

8. Schedule A/B reflects the value of the real property located at 140 Carmel Avenue, Pacifica, California as $850,000.00. Trustee requested an explanation of how this value was arrived. The debtor has failed to provide the requested documentation.

9. Trustee requested verification of the debtor's qualifications for a homestead exemption of $175,000.00. The debtor has failed to provide the requested verification.

10. Schedule E/F lists creditors that were not listed in the Creditor Matrix (LVNV Funding LLC); as such, it appears that not all creditors received proper notice of the Chapter 13 proceeding. Trustee requested an amended Creditor Matrix and verification that all creditors have been properly noticed. The debtor has failed to file the requested documentation.

11. Trustee requested the debtor file the Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys. The debtor has failed to file this document.

12. Trustee requested a Statement of Attorney Compensation Pursuant to Rule 2016(b). The debtor has failed to file this document.

13. Trustee requested an Application for Approval of Attorney Fees be filed. The debtor has failed to file this document.

14. Trustee requested verification of income from retirement and social security income in the amount of $6,326.00. The debtor has failed to provide the requested verification.

15. Trustee requested a signed copy of the debtor's 2018 filed federal income tax return. The debtor has failed to provide the requested document.